| | |
|---|---|
| Lewis Emery Hudnell III (CA SBN 218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP<br>800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040<br>Telephone: (650) 564-3698 | Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| Jon VanOphem (Admitted *Pro Hac Vice*)<br>john@vanophemiplaw.com<br>VANOPHEM IP LAW PLC<br>1585 S. Hickory Ridge Rd.<br>Milford, MI 48380<br>Telephone: (248) 817-8913 | Lauren Degnan (*Pro Hac Vice* pending)<br>degnan@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave. SW<br>Washington, DC 20024<br>Telephone: (202) 626-6392 |
| David J. Shea (Admitted *Pro Hac Vice*)<br>david.shea@sadplaw.com<br>26100 American Drive #2<br>Southfield, MI 48034<br>Telephone: (248) 354-0224 | Robert Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696 |
| Attorneys for Plaintiff<br>HANTZ SOFTWARE, LLC | Attorneys for Defendant<br>SAGE INTACCT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANTZ SOFTWARE, LLC., a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SAGE INTACCT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:21-cv-01987-HSG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE** |

Under Local Rule 6-2, Plaintiff Hantz Software, LLC's ("Hantz") and Defendant Sage Intacct, Inc. ("Sage"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, Defendant Sage Intact, Inc. ("Sage") filed a Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 (b)(6) in the present lawsuit on May 13, 2021;

WHEREAS, Hantz's response to the Motion is currently due by May 27, 2021 and Sage's reply to the response is currently due by June 3, 2021;

WHEREAS, Sage does not oppose Hantz's request for a 7-day extension of time for the filing of Hantz's response from May 27, 2021 to June 3, 2021 and for Sage's reply from June 3, 2021 to June 10, 2021;

WHEREAS, this extension of time will not alter the date of any event or any deadline that the Court has already fixed, including the July 29, 2021 hearing date for the Motion; and

THEREFORE, IT IS HEREBY STIPULATED that Hantz shall have up to and including June 3, 2021 to file a response to Sage's Motion to Dismiss and Sage shall have up to and including June 10, 2021 to file its reply to Hantz's response. The parties respectfully jointly request that the Court issue an order modifying the motion to dismiss briefing schedule in this case accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 20, 2021    HUDNELL LAW GROUP P.C.

By: */s/Lewis E. Hudnell, III*
    Lewis E. Hudnell, III

Attorney for Plaintiff
HANTZ SOFTWARE, LLC

Dated: May 20, 2021    FISH & RICHARDSON P.C.

By: */s/Robert Courtney (with permission)*
    Robert Courtney

Attorney for Defendant
SAGE INTACCT, INC.

## ATTESTATION

Under Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Sage.

Dated: May 20, 2021           HUDNELL LAW GROUP P.C.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III

Attorney for Plaintiff
HANTZ SOFTWARE, LLC

IT IS SO ORDERED.

Dated: 5/21/2021

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge