| | |
|---|---|
| Lewis Emery Hudnell III (CA SBN 218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP<br>800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040<br>Telephone: (650) 564-3698<br><br>Jon VanOphem (Admitted *Pro Hac Vice*)<br>john@vanophemiplaw.com<br>VANOPHEM IP LAW PLC<br>1585 S. Hickory Ridge Rd.<br>Milford, MI 48380<br>Telephone: (248) 817-8913<br><br>David J. Shea (Admitted *Pro Hac Vice*)<br>david.shea@sadplaw.com<br>26100 American Drive #2<br>Southfield, MI 48034<br>Telephone: (248) 354-0224<br><br>Attorneys for Plaintiff<br>HANTZ SOFTWARE, LLC | Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Lauren Degnan (Admitted *Pro Hac Vice*)<br>degnan@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave. SW<br>Washington, DC 20024<br>Telephone: (202) 626-6392<br><br>Robert Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Defendant<br>SAGE INTACCT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANTZ SOFTWARE, LLC., a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SAGE INTACCT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:21-cv-01987-HSG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Under Local Rule 6-2, Plaintiff Hantz Software, LLC's ("Hantz") and Defendant Sage Intacct, Inc. ("Sage"), by and through their respective undersigned counsel, stipulate as follows:

|   |   |
|---|---|
| 1 | WHEREAS, Sage filed a Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12 |
| 2 | (b)(6) in the present lawsuit on May 13, 2021; |
| 3 | WHEREAS, on May 21, 2021, the Court granted the parties' stipulation to extend the time |
| 4 | for Hantz to respond to the Motion from May 27, 2021 to June 3, 2021 and for Sage to reply from |
| 5 | June 3, 2021 to June 10, 2021 (Dkt. No. 35); |
| 6 | WHEREAS, under Fed. R. Civ. P. 15(a)(1)(B), the deadline for Hantz tor file an Amended |
| 7 | Complaint as a matter of course is June 3, 2021. |
| 8 | WHEREAS, Sage does not oppose Hantz's request for a 7-day extension of time for Hantz |
| 9 | to file a response to the Motion from June 3, 2021 to June 10, 2021 and for Sage to file a reply |
| 10 | from June 10, 2021 to June 17, 2021 and a 7-day extension of time for Hantz to file an Amended |
| 11 | Complaint from June 3, 2021 to June 10, 2021; |
| 12 | WHEREAS, this extension of time will not alter the date of any event or any deadline that |
| 13 | the Court has already fixed, including the July 29, 2021 hearing date for the Motion; and |
| 14 | THEREFORE, IT IS HEREBY STIPULATED that Hantz shall have up to and including |
| 15 | June 10, 2021 to file a response to Sage's Motion to Dismiss and Sage shall have up to and |
| 16 | including June 17, 2021 to file its reply to Hantz's response.  Hantz also shall have up to and |
| 17 | including June 10, 2021 to file an Amended Complaint.  The parties respectfully jointly request |
| 18 | that the Court issue an order modifying the motion to dismiss briefing schedule and the deadline |
| 19 | to file an Amended Complaint in this case accordingly. |
| 20 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

Dated:  June 3, 2021                                           HUDNELL LAW GROUP P.C.


By:  */s/Lewis E. Hudnell, III*
       Lewis E. Hudnell, III

Attorney for Plaintiff
HANTZ SOFTWARE, LLC

2 JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Case No. 4:21-cv-01987-HSG

| | | |
|---|---|---|
| 1 | Dated: June 3, 2021 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/Robert Courtney (with permission)* |
| 4 | | Robert Courtney |
| 5 | | Attorney for Defendant |
| 6 | | SAGE INTACCT, INC. |

3 JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Case No. 4:21-cv-01987-HSG

## ATTESTATION

Under Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Sage.

Dated: June 3, 2021                     HUDNELL LAW GROUP P.C.


By: */s/Lewis E. Hudnell, III*
     Lewis E. Hudnell, III

Attorney for Plaintiff
HANTZ SOFTWARE, LLC

4    JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Case No. 4:21-cv-01987-HSG

IT IS SO ORDERED.

Dated: 6/3/2021

*[Signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

5 JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Case No. 4:21-cv-01987-HSG