Lewis Emery Hudnell III (CA SBN 218736)
lewis@hudnelllaw.com
HUDNELL LAW GROUP
800 W. El Camino Real, Suite 180
Mountain View, CA 94040
Telephone: (650) 564-3698

Jon VanOphem (Admitted *Pro Hac Vice*)
john@vanophemiplaw.com
VANOPHEM IP LAW PLC
1585 S. Hickory Ridge Rd.
Milford, MI 48380
Telephone: (248) 817-8913

David J. Shea (Admitted *Pro Hac Vice*)
david.shea@sadplaw.com
26100 American Drive #2
Southfield, MI 48034
Telephone: (248) 354-0224

Attorneys for Plaintiff
HANTZ SOFTWARE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANTZ SOFTWARE, LLC., a Michigan Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SAGE INTACCT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:21-cv-01987-HSG<br><br>**REQUEST FOR ZOOM HEARING** |

Plaintiff Hantz Software, LLC respectfully requests that the October 14, 2021 hearing on

Defendant Sage Intacct, Inc.'s Motion to Dismiss be conducted by Zoom instead of by telephone.

The Court's calendar originally indicated that this hearing would be conducted in person.  As such,

Hantz anticipated using the courtroom audio-visual equipment to present slides explaining its

technology in support of its arguments.  The Court subsequently changed the hearing from an in-

person hearing to a telephonic hearing.  But to ensure that the Court has a complete understanding of Hantz's technology and the issues raised by Sage's Motion, Hantz respectfully submits that a Zoom hearing is better suited for presenting slides and would be preferable.  Hantz is agreeable to exchanging slides with Sage no later than noon of the day before the hearing.

Sage's position on the present request is: Sage defers to the Court's preference as to the hearing's format.  From Sage's perspective, the issues to be discussed are suitable for a telephonic hearing.  Sage does not oppose the use of slides, which can be presented via telephonic hearing so long as any slides that a party proposes to use are submitted to the Court and served on the parties no later than noon of the day before the hearing.

Accordingly, Hantz respectfully requests that the Court grant this request.

Dated: October 8, 2021                             Respectfully Submitted,

/s/Lewis E. Hudnell, III

Lewis Emery Hudnell III (CA SBN 218736)
lewis@hudnelllaw.com
HUDNELL LAW GROUP
800 W. El Camino Real, Suite 180
Mountain View, CA 94040
Telephone: (650) 564-3698

Jon VanOphem (Admitted *Pro Hac Vice*)
john@vanophemiplaw.com
VANOPHEM IP LAW PLC
1585 S. Hickory Ridge Rd.
Milford, MI 48380
Telephone: (248) 817-8913

David J. Shea (Admitted *Pro Hac Vice*)
david.shea@sadplaw.com
26100 American Drive #2
Southfield, MI 48034
Telephone: (248) 354-0224

Attorneys for Plaintiff
HANTZ SOFTWARE, LLC