| | |
|---|---|
| Lewis Emery Hudnell III (CA SBN 218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP<br>800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040<br>Telephone: (650) 564-3698<br><br>Jon VanOphem (Admitted *Pro Hac Vice*)<br>john@vanophemiplaw.com<br>VANOPHEM IP LAW PLC<br>1585 S. Hickory Ridge Rd.<br>Milford, MI 48380<br>Telephone: (248) 817-8913<br><br>David J. Shea (Admitted *Pro Hac Vice*)<br>david.shea@sadplaw.com<br>26100 American Drive #2<br>Southfield, MI 48034<br>Telephone: (248) 354-0224<br><br>Attorneys for Plaintiff<br>HANTZ SOFTWARE, LLC | Jason W. Wolff (CA SBN 215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>Lauren A. Degnan (*Pro Hac Vice*)<br>degnan@fr.com<br>Daniel R. Gopenko (*Pro Hac Vice*)<br>gopenko@fr.com<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave. SW<br>Washington, DC 20024<br>Telephone: (202) 626-6392<br><br>Robert Courtney (CA SBN 248392)<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Attorneys for Defendant<br>SAGE INTACCT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANTZ SOFTWARE, LLC., a Michigan Limited Liability Company,<br><br>      Plaintiff,<br><br>   v.<br><br>SAGE INTACCT, INC., a Delaware Corporation,<br><br>      Defendant. | Case No. 4:21-cv-01987-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF MOTION FOR LEAVE BRIEFING SCHEDULE**<br><br>**(CIVIL L.R. 6-1, 6-2, AND 7-12)** |

Under Local Rules 6-1, 6-2, and 7-12, Plaintiff Hantz Software, LLC's ("Hantz") and Defendant Sage Intacct, Inc. ("Sage"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, Hantz filed a Motion for Leave to File a Second Amended Complaint in the present lawsuit (Dkt. 56) on October 22, 2021;

WHEREAS, Sage filed an Opposition to Hantz's Motion for Leave to File a Second Amended Complaint (Dkt. 61) on November 5. 2021;

WHEREAS, Hantz's reply in support of the Motion is currently due by November 12, 2021;

WHEREAS, Sage does not oppose Hantz's request for a one-business day extension of time for the filing of Hantz's reply from November 12, 2021 to November 15, 2021;

WHEREAS, this extension of time will not alter the date of any event or any other deadline that the Court has already fixed.

THEREFORE, IT IS HEREBY STIPULATED that Hantz shall have up to and including November 15, 2021 to file its reply in support of its Motion for Leave to File a Second Amended Complaint. The parties respectfully jointly request that the Court issue an order modifying the motion for leave briefing schedule in this case accordingly.

2

Case No. 4:21-cv-01987-HSG

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 15, 2021          HUDNELL LAW GROUP P.C.


                                  By:  /s/Lewis E. Hudnell, III
                                       Lewis E. Hudnell, III

                                  Attorney for Plaintiff
                                  HANTZ SOFTWARE, LLC


Dated: November 15, 2021          FISH & RICHARDSON P.C.


                                  By:  /s/Daniel R. Gopenko (with permission)
                                       Daniel R. Gopenko

                                  Attorney for Defendant
                                  SAGE INTACCT, INC.

**ATTESTATION**

Under Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Sage.

Dated: November 15, 2021                    HUDNELL LAW GROUP P.C.


                                            By: /s/Lewis E. Hudnell, III
                                                Lewis E. Hudnell, III

                                            Attorney for Plaintiff
                                            HANTZ SOFTWARE, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 15, 2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge