UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANTZ SOFTWARE, LLC,

    Plaintiff,

v.

SAGE INTACCT, INC.,

    Defendant.

Case No. 21-cv-01987-HSG

**JUDGMENT**

Re: Dkt. No. 65

    Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss and Denying as Futile Motion for Leave to File a Second Amended Complaint,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 20th day of December, 2021.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.